**MEMO ENDORSED**

09 CR. 192 (RPP)

6/17/10

Dear Honorable Judge Patterson,

I've sent you a request pursuant to Rule 35.(a) in regards to a sentencing error which took place before you on 5/10/10.

The Hearing request was dated about 5/13/10, requesting a Hearing pursuant to Rule 35.(a)

My Hearing request i sent to you pursuant to rule 35.(a) was within the 7 day time period under the Law, and pursuant to Rule 12(B) the Court has to respond to my motion under Rule 35.(a) because it was within the 7 day time period under the Law.

I Therefore am requesting a response to my motion pursuant to Rule 12 (B) for a hearing under Rule 35(a)

Thank you in advance,

John Madden

P.S. I sent my Hearing request pursuant to 35.(a) as a result to my attorney MR. Ruggiero refusing to file a request on my behalf.

*[Margin note, left side:]* Application denied. If defendants are requested by counsel, all motions are to be filed by counsel. Your letter received on May 17, 2010 was modeled 4/21/10 and asks for an inquiry using attorney to request a hearing pursuant to Rule 35(a); your attorney did not appeal on May 17, 2010. So ordered. RPP 6/21/10

SEE ATTACHED TYPEWRITTEN
MEMO ENDORSEMENT

Case:     U.S. v. John Madden
Index No.  09 Cr. 192 (RPP)


**MEMO ENDORSEMENT READS:**

Application denied.

If Defendants are represented by counsel, all motions are to be filed by Counsel. Your letter, which received on May 19, 2010, was misdated 4/21/10 and states you are requesting your attorney to request a hearing pursuant to Rule 35(a). Your attorney did not do so. Instead, he filed a notice of appeal on May 17, 2010.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 6/21/10*